#1381921_1
#1391880_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-250

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) CAROLINA PHOENIX BUILDERS, ) INC., DALE BLACK, and JOHN ) AND DEBRA WATT ) ) Defendants. ) | **ORDER** |

THIS MATTER is before the Court on Plaintiff's Motion Stay or Extend Time for Rule 26(f) Attorneys' Conference. After reviewing the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's Motion Stay or Extend Time for Rule 26(f) Attorneys' Conference is GRANTED and the time for the Rule 26(f) Attorneys' Conference is stayed and extended, pending the resolution of Plaintiff's Motion for Judgment on the Pleadings.

Signed: September 2, 2009

Graham C. Mullen
United States District Judge